IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:16-CR-0324** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **ANGEL LUIS CARRASCO-RIVERA,** | : | |
| **Defendant** | : | |

### ORDER

AND NOW, this 16th day of December, 2016, upon consideration of defendant's motion (Doc. 15) to continue trial and pretrial motion deadline, which is concurred in by counsel for the government, and the court adopting the reasons set forth therein, the court finds that a continuance of the trial date is warranted for the purpose of affording counsel for the defendant adequate time to review pretrial discovery and prepare a defense, and the court concluding, after careful consideration of all relevant factors, that such circumstances outweigh the interests of the public and the defendant to a speedy trial, it is hereby ORDERED that defendant's motion (Doc. 15) is GRANTED.  **Jury selection and trial in this matter are continued from January 10, 2017, to Monday, March 6, 2017, at 9:30 a.m.**, in Courtroom No. 2, Ninth Floor, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania.   It is further ORDERED that the deadline for filing all pretrial motions, except motions *in limine* and except for good cause shown, shall be extended to **January 18, 2017**.

The Court specifically finds, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. The Clerk of Court shall exclude the appropriate time in the captioned action pursuant to the Speedy Trial Act and this order.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania